**2009–1672. In re Haggard.**

Auglaize App. No. 2–08–20, 2009-Ohio-3821. Reported at 123 Ohio St.3d 1523, 2009-Ohio-6487, 918

N.E.2d 526. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.